IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEANNE DEAN SHERMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CAROLYN W. COLVIN,** )<br>**Acting Commissioner of Social** )<br>**Security,** )<br>)<br>**Defendant.** ) | **Civil No.** 15-cv-1394-CJP[1] |

**MEMORANDUM and ORDER**

**PROUD, Magistrate Judge:**

This matter is now before the Court on the Joint Motion to Remand to the Commissioner. **(Doc. 23).**

Defendant moves for this case to be remanded to the agency for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. **See,** *Melkonyan v. Sullivan,* **501 U.S. 89 (1991);** *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan,* **195 F.3d 975, 978 (7th Cir. 1999).** Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Schaefer v. Shalala,* **509 U.S. 292, 302-303 (1993).**

The parties agree that, on remand, the Appeals Council will instruct the ALJ to proceed through the sequential disability evaluation process as

---

[1] This case was referred to the undersigned for final disposition upon consent of the parties, pursuant to 28 U.S.C. §636(c). See, Doc. 12.

1

appropriate. If necessary, the ALJ will obtain supplemental vocational expert testimony. After reevaluating the evidence the ALJ will issue a new decision regarding the disability application.

For good cause shown, the Joint Motion to Remand to the Commissioner **(Doc. 23)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying Jeanne Dean Sherman's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: July 7, 2016.**

                          **s/ Clifford J. Proud**
                          **CLIFFORD J. PROUD**
                          **UNITED STATES MAGISTRATE JUDGE**